**UNITED STATES of America, Plaintiff-Appellee**

v.

**Feliciano ALBITER-MIRANDA, Defendant-Appellant**

**No. 16-50139**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed July 11, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Feliciano Albiter-Miranda, Pro Se

Before PRADO, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

Feliciano Albiter-Miranda, federal prisoner # 57748-180, moves for leave to proceed in forma pauperis (IFP) on appeal. Albiter-Miranda pleaded guilty to one count of conspiracy to possess with the intent to distribute at least 500 grams of a mixture containing methamphetamine and one count of possession of a firearm in furtherance of a drug trafficking crime. He seeks to challenge the denial of his 18 U.S.C. § 3582(c)(2) motion in which he sought a sentence reduction pursuant to Amendment 782 to the Sentencing Guidelines.

The district court did not abuse its discretion in denying Albiter-Miranda's § 3582(c)(2) motion. *See United States v. Henderson*, 636 F.3d 713, 717 (5th Cir. 2011); *United States v. Contreras*, 820 F.3d 773, 774-75 (5th Cir. 2016). The appeal is not taken in good faith because it lacks arguable merit and is frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Albiter-Miranda's motion for leave to proceed IFP is denied.

The facts surrounding the IFP decision are inextricably intertwined with the merits of the appeal. *See Baugh v. Taylor*, 117

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 197, 202 & n.24 (5th Cir. 1997). The appeal presents no nonfrivolous issues and is dismissed as frivolous. *See* 5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.